Petition for Writ of Mandamus Denied and Memorandum Opinion filed
September 11, 2003









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed September 11, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00877-CV

____________

 

IN RE PHILLIP JOE BARNES , Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On August 11,2003, relator filed a petition for writ of mandamus in this
Court.  See Tex. Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex.  R. 
App.  P.  52.


            Under
section 22.221(a)-(b), we have no power to grant mandamus relief against the
Attorney General in this case. 
Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed September 11, 2003.

Panel consists of
Justices Yates, Hudson, and Fowler.